IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JAMES STACY MCKINLEY,

    Plaintiff,                                            Case No. 3:23-cv-00112-TES-AGH

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $13,997.45.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

IT IS SO ORDERED this 5th day of September, 2024.

                                                      S/ Tilman E. Self, III
                                                      _____
                                                      HON. TILMAN E. SELF, III
                                                      UNITED STATES DISTRICT JUDGE